Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
OCT 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
OCT 6 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: VIRGINIA M HANDOG-RUDISH

Debtor(s)

Case No: 10-70122 RLE13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $00.32 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 10-70122 RLE 13 | VIRIGINIA M HANDOG-RUDISH<br>5771 RAINFLOWER DR.<br>LIVERMORE, CA 94551 | $ DEBTOR | $ 00.32 |
| | Total Unclaimed Dividends | | $ 00.32 |

Dated: September 29, 2011

Martha G. Bronitsky, Chapter 13 Trustee

Case: 10-70122    Doc# 43    Filed: 10/03/11    Entered: 10/06/11 17:24:59    Page 1 of 1